## HARRISON et al. v. KANSAS CITY TERMINAL RY. CO. et al.

### No. 12007.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1942.

Rehearing Denied April 7, 1942.

Charles M. Hay and E. D. Franey, both of St. Louis, Mo. (S. D. Flanagan, of St. Louis, Mo., and Joe E. Burris, of Kansas City, Mo., on the brief), for appellant.

Samuel W. Sawyer, of Kansas City, Mo. (Horace F. Blackwell, Jr., of Kansas City, Mo., on the brief), for appellees.

Before THOMAS and JOHNSEN, Circuit Judges, and REEVES, District Judge.

JOHNSEN, Circuit Judge.

This case involves the same controlling questions as Harrison v. Terminal Railroad Association of St. Louis, 8 Cir., 126 F.2d 421, this day decided. The facts are fully set forth in the opinion of the trial court, reported in D.C., 36 F.Supp. 434. The judgment, denying a recovery for alleged unpaid minimum wages under the Fair Labor Standards Act of 1938, 29 U.S.C.A. § 201 et seq., is affirmed on the authority of Williams v. Jacksonville Terminal Co. (Pickett v. Union Terminal Co.), 62 S.Ct. 659, 86 L. Ed. ——, decided by the Supreme Court on March 2, 1942.

Affirmed.